# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                            )
LIDIA EMELINDA PEREZ CRABBE,     )
                                            )
       Plaintiff,                       )
                                            )
       v.                                )    Civil Action No. 12-1702 (BJR)
                                            )
R STREET SELF STORAGE,              )
                                            )
       Defendant.                      )
_____  )

## MEMORANDUM OPINION

The Court issued a Memorandum Opinion and Order [ECF No. 21] on August 27, 2013, directing plaintiff to file an amended complaint naming the proper corporate entity (or entities) as the defendant (or defendants) to this action. The Order advised that, if plaintiff failed to file the amended complaint timely, the Court would dismiss this action. To date, plaintiff neither has filed an amended complaint nor has requested more time to do so. Accordingly, this action will be dismissed. An Order accompanies this Memorandum Opinion.


DATE: October 3, 2013           /s/
                                       BARBARA JACOBS ROTHSTEIN
                                       Senior Judge
                                       United States District Court